UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Valerie N. Jean Baptiste,<br><br>      Plaintiff,<br><br> -against-<br><br>SUNY Downstate Health Sciences University,<br><br>      Defendant. | 25-CV-1436 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Defendant's initial motion to dismiss, Dkt. 21, is DENIED AS MOOT because plaintiff has filed an amended complaint, to which defendant has filed a second motion to dismiss. The Court will adjudicate the second motion in due course.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 21.

SO ORDERED.

Dated: March 10, 2026
   New York, New York

              ARUN SUBRAMANIAN
             United States District Judge