UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

VALERIE JEAN BAPTISTE,

                      Plaintiff,

        -against-

SUNY DOWNSTATE MEDICAL
CENTER, et al.,

                      Defendants.

----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** _3/18/2026_

**25-CV-01436 (AS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties attended a remote conference on Wednesday, March 18, 2026. As discussed during the conference, by no later than Wednesday, April 22, 2026, Plaintiff shall either file her opposition to Defendants' motion to dismiss or file an Amended Complaint. If Plaintiff files her opposition, Defendants shall file their reply by no later than Friday, May 8, 2026. If Plaintiff instead chooses to file an Amended Complaint, Defendants shall file a letter by no later than Wednesday, April 29, 2026, indicating whether they wish to stand by their motion to dismiss filed at ECF No. 29 or intend to file a new motion to dismiss.

Further, because Plaintiff is proceeding *pro se*, the Court recommends that Plaintiff contact the City Bar Justice Center ("CBJC") Federal *Pro Se* Legal Assistance Project for guidance with drafting either an opposition to the motion to dismiss or an amended complaint. Additional information on the Federal *Pro Se* Legal Assistance Project is attached.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     March 18, 2026
             New York, New York

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.